UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PETER ROY ALFRED, JR., <br> Plaintiff | CIVIL ACTION <br> SECTION "P" <br> NO. CV07-1785 |
| VERSUS | |
| WINN CORRECTIONAL CENTER, et al., <br> Defendants | JUDGE DEE D. DRELL <br> MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Alfred's motion for a judgment on the pleadings is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 10th day of April, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE