

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

PETER ROY ALFRED,
    Plaintiff

CIVIL ACTION
No. 1:07-cv-1785

VERSUS

WINN CORRECTIONAL
    CENTER, et al.,
    Defendants

JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed (Document No. 126), and after an independent (de novo) review of the record, including but not limited to the six separate objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law, the Court adopts the Magistrate Judge's Report and Recommendation.

We further note the Court has given a great deal of consideration and time to Mr. Alfred's complaints in this and each of his other suits.[1] All his objections and submissions have been

---

[1] Six of Plaintiff's suits, in addition to the one at issue, have been assigned to the undersigned: (1) 1:07-cv-0986, Alfred v. Public Safety & Corrections, et al. (civil rights complaint regarding alleged denial of a CPAP machine and other respiratory issues; suit amicably resolved); (2) 1:07-cv-2098, Alfred v. Forcht Wade Correctional Center, et al. (civil rights complaint regarding alleged denial of a CPAP machine; suit dismissed as frivolous; appeal pending); (3) 1:08-cv-0532, Alfred v. Wilkinson, et al. (civil rights complaint regarding footwear; suit dismissed as frivolous; appeal pending); (4) 1:08-cv-0554, Alfred v. Lofton, et al. (civil rights complaint regarding exposure to toxins; suit dismissed as frivolous; appeal dismissed); (5) 1:08-cv-0643, Alfred v. Corrections Corporation of America, et al. (civil rights complaint regarding sale of tobacco products to certain

thoroughly reviewed and analyzed. Although Mr. Alfred has disagreed with the medical decisions made in his case, there is absolutely no evidence of deliberate indifference, and this is well-documented in the Report and Recommendation. Accordingly,

**IT IS ORDERED** that defendants' motion for summary judgment (Document No. 82) is GRANTED, as no genuine issue of material fact is in dispute, and plaintiff's claims against all defendants are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that plaintiff's motion for summary judgment (Document No. 60) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27th day of July, 2009.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**

---

inmates; pending); (6) 1:08-cv-0844, Alfred v. Maxwell, et al. (civil rights complaint regarding evidence involved in other litigation; suit voluntarily dismissed after Report and Recommendation issued addressing frivolity). A review of the Court's records also shows the following: 1:02-cv-0610, Alfred v. Stalder, et al. (civil rights complaint regarding alleged denial of a CPAP machine; suit dismissed for failure to prosecute); 2:03-cv-0703, Alfred v. Allen Correctional Center, et al. (civil rights complaint regarding alleged denial of a CPAP machine; suit dismissed by ruling on summary judgment; affirmed on appeal); 5:07-cv-2099, Alfred v. President, LSUHSCS, et al. (civil rights complaint regarding medical problems including alleged denial of a CPAP machine; suit voluntarily dismissed after Report and Recommendation issued); 1:09-cv-0300, Alfred v. Corrections Corporation of America, et al. (civil rights complaint regarding medical records; suit dismissed as frivolous; appeal filed); and 2:09-cv-0768 (civil rights complaint regarding medical problems including alleged denial of a CPAP machine; pending).